IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DYLAN J. BEARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 3:23-249 |
| ERIC TICE, et al., | ) Judge Nora Barry Fischer |
| | ) Magistrate Judge Keith A. Pesto |
| Defendants. | ) |

## MEMORANDUM ORDER

AND NOW, this 30th day of September, 2025, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith A. Pesto on August 2, 2024, (Docket No. 29), recommending that after screening under the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2), that Plaintiff Dylan J. Beard's Amended Complaint be dismissed for failure to state a claim and that leave to amend be denied as any amendment of the deficient claims alleged against Defendants Eric Tice, Christie Weigle, and Smart Communications, would be futile and further directing that objections by non-ECF users such as Plaintiff were due by August 19, 2024, and no objections having been filed by the date of this Order, this matter having been recently reassigned to the undersigned for prompt disposition, and upon independent review of the record and de novo consideration of the Magistrate Judge's August 2, 2024 Report and Recommendation, (Docket No. 29), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Amended Complaint [28] is dismissed, with prejudice, and leave to amend is denied, as futile, *see Grayson v. Mayview State Hospital*, 293 F.3d 103 (3d Cir. 2002); and,

1

IT IS FURTHER ORDERED that an appropriate Judgment follows.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Keith A. Pesto
cc:   Dylan J. Beard NT-0163
      S.C.I. Somerset
      1600 Walters Mill Road
      Somerset, PA 15510 (via first class mail)